IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN WILSON                                                                                        PLAINTIFF

    vs                                    4:04CV00086-WRW
                                  (Lead Case)

JOHN E. POTTER, Postmaster General,
UNITED STATES POSTAL SERVICE                                                        DEFENDANT


ELIZABETH JEAN SETTLES                                                                   PLAINTIFF

    vs                                    4:05CV00887-WRW
                                  (Consolidated Case)

JOHN E. POTTER, Postmaster General,
UNITED STATES POSTAL SERVICE                                                        DEFENDANT

JUDGMENT ON JURY VERDICT

       This action came on for jury trial Tuesday, January 16, 2007, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

       The issues having been duly tried, the jury rendered its verdict on Friday, January 19, 2007. Now, therefore, pursuant to the verdict,

       IT IS ORDERED AND ADJUDGED that the plaintiffs, Karen Wilson and Elizabeth Jean Settles, take nothing on their Complaint and that Judgment be entered in favor of the defendant, John E. Potter, Postmaster General, United States Postal Service, and the Complaint is hereby DISMISSED.

       IT IS SO ORDERED this 21st day of January, 2007.


                                                                             /s/ Wm. R.Wilson,Jr.
                                                         UNITED STATES DISTRICT JUDGE

jdgjryv5deft.wpd